IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>AUSTIN BAILEY WITKOWSKI,<br>[DOB: 07/09/2000]<br><br>　　　　　　　Defendant. | Case No. 19-00254-01-CR-W-DGK<br><br>**COUNT ONE:**<br>**False Statements**<br>18 U.S.C. § 1001(a)(2)<br>NMT: 5 Years Imprisonment<br>NMT: $250,000 Fine<br>Supervised Release: NMT 3 years<br>$100 Mandatory Special Assessment |

**I N F O R M A T I O N**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about March 25, 2019, in the Western District of Missouri, defendant AUSTIN BAILEY WITKOWSKI, did willfully and knowingly make materially false, fictitious, and fraudulent statements and representations in a matter within the jurisdiction of the Executive Branch of the Government of the United States, in that defendant made statements to agents of the Federal Bureau of Investigation in which he represented he had never called for a reenactment of the Christchurch, New Zealand, shooting and had never asked anyone to meet with him in furtherance of a plan related to such an attack, when in fact, defendant well knew that he did make these statements.   All in violation of Title 18, United States Code, Section 1001(a)(2).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　Timothy Garrison
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By　　*/s/ Matthew A. Blackwood*
　　　　　　　　　　　　　　　　　　　Matthew A. Blackwood
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:__8/2/2019___