IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 19-00254-01-CR-W-DGK |
| AUSTIN BAILEY WITKOWSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. 6), to which no objection has been filed, Defendant's plea of guilty is accepted. Defendant is adjudged guilty of such offense. Sentencing will be set by subsequent order of the Court.

**IT IS SO ORDERED.**

Date: August 23, 2019                                  /s/ Greg Kays
                                                       GREG KAYS, JUDGE
                                                       UNITED STATES DISTRICT COURT