UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| AUSTIN BAILEY WITKOWSKI | ) Case No. 19-00254-01-CR-W-DGK |
| Defendant. | ) ) ) |

## ORDER MODIFYING CONDITIONS OF PROBATION

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of February 3, 2020, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of probation for Austin Bailey Witkowski:

**The defendant will not associate or have any contact with persons under the age of 18, except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved by the Probation Office.**

**The defendant shall neither possess nor have under his/her control any matter that is pornographic/erotic; or that describes sexually explicit conduct, violence toward children or child pornography [as described in 18 U.S.C. 2256(2) and (8)], including photographs, images, books, writings, drawings, videos, and electronic material.**

**The defendant shall comply with all state and federal sex offender registration requirements.**

**The defendant is barred from places where minors (under the age of 18) congregate; such as residences, parks, benches, pools, daycare centers, playgrounds and schools, unless prior written consent is granted by the Probation Office.**

**The defendant shall consent to having installed any hardware or software systems on his/ her computer(s), to monitor computer use. The defendant shall pay any associated costs as directed by the Probation Office.**

**The defendant shall not maintain or create a user account on any social networking site (i. e. Myspace, Facebook, Adultfriendfinder, etc.) that allows access to persons under the age of 18, or allows for the exchange of sexually explicit material, chat conversations, or instant messaging without the permission of the Probation Officer. The defendant shall not view and/or access any web profile users under the age of 18.**

The defendant shall not intentionally use or possess any data encryption device, program, or technique for computers.

During the term of supervision the defendant shall only use his true name and identifiers (such as date of birth, social security number, driver's license number) for the purposes of establishing credit, screen names, utility services, including any services related to computer or electronic equipment or contracts, and registration related to computer related activities.

The defendant will not use any software program or device designed to hide, alter, or delete records/logs of his/her computer use, internet activities, or the files stored on the assigned computer. This includes the use of encryption, steganography, and cache/cookie removal software.

The defendant will not install new hardware or effect repairs on his computer system without receiving prior permission from the probation officer.

The defendant understands that the probation officer may use measures to assist in monitoring compliance with these conditions such as placing tamper resistant tape over unused ports and to seal his computer case and conducting a periodic hardware/software audit of his computer.

The defendant shall provide a complete record of all passwords and user identifications (both past and present) to the U.S. Probation Officer and shall not make any changes without the prior approval of the U.S. Probation Officer.

The defendant will not attempt to remove, tamper with, reverse engineer, or in any way circumvent the monitoring software.

The defendant shall not possess or use a computer, peripheral equipment, gaming equipment, cellular devices, or any other device with access to any "on line computer services," or subscribe to or use any Internet service, at any location (including employment) without the written approval of the probation office. If approval is given, the defendant shall consent to the probation office or probation service representative conducting unannounced examinations, including retrieval and copying of all data, of any computer(s) or computer related equipment to which the defendant has access, including web enabled cell phones and gaming systems to insure compliance with this condition and/ or removal of such equipment for the purpose of conducting a more thorough inspection.

The defendant shall advise the probation office of all computer, electronic equipment, and web enabled equipment, including cell phones, to which he possesses or has access within 24 hours of obtaining same.

/s/ Greg Kays
_____
GREG KAYS
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this _____3rd_____ day of ____February____ , 2020.