UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| AUSTIN BAILEY WITKOWSKI | ) Case No. 19-00254-01-CR-W-DGK |
| Defendant. | ) ) ) |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of March 4, 2021, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Austin Bailey Witkowski:

**The defendant shall be monitored by the form of location monitoring indicated below for a period of 7 months and shall abide by all technology requirements:**

**Location Monitoring Technology at the Discretion of the Officer**

**This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:**

**You are restricted to your residence every day from 8:00 p.m. to 6:00 a.m., or as directed by the supervising officer (Curfew).**

**Further, you shall be restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court (Home Incarceration) for a period of 2 weekends (Friday 6:00 p.m. to Monday 6:00 a.m.)**

**The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer.**

/s/ Greg Kays
_____
GREG KAYS
U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this     5th     day of     March     , 2021.